HONORABLE RICARDO S. MARTINEZ

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| BRIAN FETTY,<br><br>    Plaintiff,<br><br>    v.<br><br>AMERICAN FAMILY INSURANCE COMPANY,<br><br>    Defendant. | Case No. 2:21 – cv – 00731 – RSM<br><br>ORDER OF DISMISSAL OF ALL CLAIMS OF ALL PARTIES<br><br>**(Clerk's action required)** |

ORDER OF DISMISSAL OF ALL CLAIMS OF ALL PARTIES
(Case No. 2:21 – cv – 00731 – RSM) - 1

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA  98109
Tel (206) 682-0300
Fax (206) 224-0102

## I. ORDER OF DISMISSAL

Based on the Stipulated Motion for Order of Dismissal of All Claims of All Parties, IT IS HEREBY ORDERED that this action is dismissed with prejudice and without costs to any party.

DATED this 17th day of September, 2021.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

Presented by:

| | |
|---|---|
| ADLER GIERSCH, P.S. | DKM LAW GROUP LLP |
| /s Arthur D. Leritz | /s Melissa O'Connor |
| | Melissa O'Connor, WSBA #53907 |
| Arthur D. Leritz, WSBA #29344 | |
| ADLER GIERSCH, P.S. | DKM LAW GROUP LLP |
| 333 Taylor Avenue North | 1700 7th Avenue, Suite 2100 |
| Seattle, WA 98109 | Seattle, WA 98101 |
| Telephone: (206) 682-0300 | Telephone: (206) 407-2518 |
| aleritz@adlergiersch.com | MOC@dkmlawgroup.com |

ORDER OF DISMISSAL OF ALL CLAIMS OF ALL PARTIES
(Case No. 2:21 – cv – 00731 – RSM) - 2

ADLER GIERSCH, P.S.
Attorneys at Law
333 Taylor Avenue North
Seattle, WA  98109
Tel (206) 682-0300
Fax (206) 224-0102